# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1257

_____

DENNIS CHRISTENSEN,

   Appellant,

   v.

JUDY KAY VINZ,

   Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

February 8, 2019

PER CURIAM.

   AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dennis Christensen, pro se, Appellant.

Carol A. Caldwell, St. Augustine, and William S. Graessle and Jonathan W. Graessle of Williams S. Graessle, P.A., Jacksonville, for Appellee.